IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXOSMITHKLINE BIOLOGICALS SA and GLAXOSMITHKLINE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 24-512 (GBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendants' Proposed Claim Constructions for Identified Terms* were caused to be served on October 9, 2025 upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>Sara M. Metzler, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| John M. Desmarais, Esquire<br>Michael E. Furrow, Esquire<br>Karl Mullen, Esquire<br>Kerri-Ann Limbeek, Esquire<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY  10169<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

Justin P.D. Wilcox, Esquire                                VIA ELECTRONIC MAIL
David J. Shaw, Esquire
Rebecca A. Lindhorst, Esquire
Jamie M. Dohopolski, Esquire
Delon Lier, Esquire
Thomas J. Derbish, Esquire
Eric Speckhard, Esquire
DESMARAIS LLP
1899 Pennsylvania Avenue, NW, Suite 400
Washington, D.C.  20006
*Attorneys for Plaintiffs*

Gabrielle E. Higgins, Esquire                              VIA ELECTRONIC MAIL
Ada Locke, Esquire
DESMARAIS LLP
101 California Street, Suite 3000
San Francisco, CA  94111
*Attorneys for Plaintiffs*

|  |  |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Jeremy A. Tigan* |
| Sara Tonnies Horton | |
| Ren-How Harn | Jeremy A. Tigan (#5239) |
| WILLKIE FARR & GALLAGHER LLP | Megan E. Dellinger (#5739) |
| 300 North LaSalle Drive | Anthony D. Raucci (#5948) |
| Chicago, IL 60654-3406 | 1201 North Market Street |
| (312) 728-9000 | P.O. Box 1347 |
|  | Wilmington, DE  19899 |
| Matthew Freimuth | (302) 658-9200 |
| Nicholas Vennekotter | jtigan@morrisnichols.com |
| WILLKIE FARR & GALLAGHER LLP | mdellinger@morrisnichols.com |
| 787 Seventh Avenue | araucci@morrisnichols.com |
| New York, NY 10019 | |
| (212) 728-8000 | *Attorneys for Defendants Pfizer Inc., Pharmacia & Upjohn Co. LLC, BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc.* |
| *Attorneys for Defendants Pfizer Inc. and Pharmacia & Upjohn Co. LLC* | |

Charles B. Klein
Jovial Wong
Claire Fundakowski
WINSTON & STRAWN LLP
1901 L Street NW
Washington, D.C.  20036
(202) 282-5000

2

David P. Dalke, Ph.D.
Michael A. Meneghini
Zoe A. Goldstein
WINSTON & STRAWN LLP
35 West. Wacker Drive
Chicago, IL  60601-9703
(312) 558-5600

Eimeric Reig-Plessis
Noorossadat Torabi
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
(415) 591-1000

*Attorneys for Defendants BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc.*

October 10, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 10, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>Sara M. Metzler, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| John M. Desmarais, Esquire<br>Michael E. Furrow, Esquire<br>Karl Mullen, Esquire<br>Kerri-Ann Limbeek, Esquire<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Justin P.D. Wilcox, Esquire<br>David J. Shaw, Esquire<br>Rebecca A. Lindhorst, Esquire<br>Jamie M. Dohopolski, Esquire<br>Delon Lier, Esquire<br>Thomas J. Derbish, Esquire<br>Eric Speckhard, Esquire<br>DESMARAIS LLP<br>1899 Pennsylvania Avenue, NW, Suite 400<br>Washington, D.C. 20006<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

2

Gabrielle E. Higgins, Esquire  
Ada Locke, Esquire  
DESMARAIS LLP  
101 California Street, Suite 3000  
San Francisco, CA  94111  
*Attorneys for Plaintiffs*

*VIA ELECTRONIC MAIL*

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

2