**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

GLAXOSMITHKLINE BIOLOGICALS SA
and GLAXOSMITHKLINE LLC,

       Plaintiffs,

  v.

PFIZER INC., PHARMACIA & UPJOHN
CO. LLC, BIONTECH SE, BIONTECH
MANUFACTURING GMBH, and
BIONTECH US INC.,

       Defendants.

C.A. No. 24-512-GBW

**JURY TRIAL DEMANDED**

## STIPULATION TO EXTEND TIME

   IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and

subject to the approval of the Court, that the deadline for the parties to submit a Joint Technology

Tutorial (D.I. 56 ¶ 7) is extended through and including December 12, 2025.


/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Plaintiffs GlaxoSmithKline
Biologicals SA and GlaxoSmithKline LLC*

/s/ Jeremy A. Tigan
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Defendants Pfizer Inc., Pharmacia
& Upjohn Co. LLC, BioNTech SE, BioNTech
Manufacturing GmbH, and BioNTech US Inc.*


IT IS SO ORDERED this _____ day of December, 2025.


          _____
          The Honorable Gregory B. Williams